**ORIGINAL**

**FILED**

07/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0384

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0384

AMANDA J. MARKS,

    Petitioner,

    v.

MONTANA FOURTH JUDICIAL DISTRICT
COURT, HON. JOHN W. LARSON, Presiding,
and T. J. MCDERMOTT,

    Respondents.

**FILED**

JUL 18 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Petitioner Amanda J. Marks, via counsel, filed an Emergency Petition for Writ of Habeas Corpus & Motion to Stay of [sic] Execution of Sentence on July 18, 2022, alleging that Marks was illegally taken into custody after the Fourth Judicial District Court, Missoula County, found her in contempt during a Youth Court proceeding, Cause No. DJ-22-20. Shortly after filing this petition, Marks moved to withdraw it as moot. Her counsel has advised the Court that after he filed the petition, the District Court advised him that Marks was released from custody. Thus she no longer qualifies for habeas relief.

IT IS THEREFORE ORDERED that this petition is DISMISSED as MOOT.

The Clerk is directed to provide copies of this Order to Amanda J. Marks, all counsel of record in Cause No. DJ-22-20, and to the Hon. John W. Larson, presiding District Judge.

Dated this 18th day of July, 2022.

_____
Justice